[No. 36726-2-II.   Division Two.   February 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH HOLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01993-8, Robert A. Lewis, J., entered August 30, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J.; Quinn-Brintnall, J., concurring in the result only.

[No. 36887-1-II.   Division Two.   February 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. REGAN DEAN TESTERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01339-5, Ronald E. Culpepper, J., entered September 28, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36931-1-II.   Division Two.   February 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH EUGENE ASHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00824-1, James J. Stonier, J., entered October 25, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36983-4-II.   Division Two.   February 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SEGHON DASHARA RORIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03984-1, Brian M. Tollefson, J., entered October 26, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.